UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA FLORIA SAUFL,

          **Plaintiff,**

v.                                              **Case No:  6:13-cv-1896-Orl-18DAB**

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Government's Opposed Motion for Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. No. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED.** The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case and withhold the entry of final judgment in this case pending resolution of the proceedings on remand. The Commissioner shall file a status report every 90 days after remand.

**DONE AND ORDERED** at Orlando, Florida, this ___27___ day of March, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties